## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> **Plaintiff,** <br><br> v. <br><br> **RUBÉN SANABRIA-GONZÁLEZ (34),** <br><br> **Defendant**. | **CRIMINAL NO. 14-391 (PAD)** |

## ORDER

The court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Silvia Carreño-Coll regarding the Rule 11 proceeding of defendant, Rubén Sanabria-González (Docket No. 1352), to which no objections have been filed. The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty. The plea is therefore accepted and the defendant is adjudged guilty as to Count One of the Indictment.

The court notes that a Presentence Investigation Report was ordered (Docket No. 1351). The court will set the Sentencing Hearing in due course.

**SO ORDERED.**

In San Juan, Puerto Rico, this 19th day of September, 2016.

S/Pedro A. Delgado-Hernández
PEDRO A. DELGADO HERNANDEZ
United States District Judge
